# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN COZZONE                    :
                                :
    v.                          :   Civ. No. 10-6772
                                :
KENNETH R. CAMERON et al.       :

## ORDER

**AND NOW,** this 26th day of June, 2012, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of the Magistrate Judge, to which no objections have been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED.**

2. The Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody is **DENIED AND DISMISSED WITHOUT AN EVIDENTIARY HEARING.**

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

*/s/ Paul S. Diamond*
_____
**Paul S. Diamond, J.**